IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JUSTINE V. R. RUSSELL, Personal
Representative for the Estate of Roger
Milliken,

                 Plaintiff,

    v.

LIBERTY MUTUAL INSURANCE
COMPANY,

                Defendant.

3:13-cv-00163-SU

ORDER

Elizabeth Temkin
Jacob Licht
TEMKIN WIELGA & HARDT LLP
1900 Wazee Street, Suite 303
Denver, Colorado 80202

Tim J. Helfrich
YTURRI ROSE LLP
P.O. Box S
Ontario, Oregon 97914

     Attorneys for Plaintiff


Thomas M. Christ


1 - ORDER

COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204

Matthew W. Burke
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199

      Attorneys for Defendant


HERNANDEZ, District Judge:

      Magistrate Judge Patricia Sullivan issued a Findings and Recommendation ("F&R") (dkt. #25) on June 27, 2013, recommending that Liberty Mutual's motion to dismiss Russell's common law bad faith claim be granted.

      Because no objections to the F&R were timely filed, I am relieved of my obligation to review the record de novo.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

      The Court ADOPTS Judge Sullivan's F&R (dkt. #25).  Accordingly, Liberty Mutual's motion to dismiss is GRANTED.

      IT IS SO ORDERED.

      DATED this _____2_____ day of July, 2013.


_____
MARCO A. HERNANDEZ
United States District Judge


2 - ORDER